**Dismissed and Memorandum Opinion filed March 24, 2015.**



In The

# Fourteenth Court of Appeals

## NO. 14-15-00020-CV

### A & L HEALTHCARE SERVICES, LLC AND AMAKA OKOROHA, Appellants

### V.

### DESTINY MEDICAL EXCHANGE, LLC D/B/A DESTINY MEDLINK, Appellee

**On Appeal from the County Civil Court at Law No. 4**
**Harris County, Texas**
**Trial Court Cause No. 1032931**

## MEMORANDUM OPINION

This appeal is from a judgment signed December 9, 2014. No clerk's record has been filed. The clerk responsible for preparing the record in this appeal informed the court appellants did not make arrangements to pay for the record.

On February 10, 2015, notification was transmitted to all parties of the court's intention to dismiss the appeal for want of prosecution unless, within

fifteen days, appellants paid or made arrangements to pay for the record and provided this court with proof of payment. *See* Tex. R. App. P. 37.3(b).

Appellants have not provided this court with proof of payment for the record. Accordingly, the appeal is ordered dismissed.


PER CURIAM


Panel consists of Justices Christopher, Donovan, and Wise.